November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GLENNLOCK FOODS, LTD D/B/A FRENCHY'S AND AARON GLENN, Appellants

NO. 14-12-00696-CV                 V.

WRI-AEW LONE STAR RETAIL PORTFOLIO, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 27, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Glennlock Foods, Ltd d/b/a Frenchy's and Aaron Glenn.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.